DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIDNEY SPIEGEL,**
Appellant,

v.

**STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION, TOWN OF PALM BEACH,** a Florida municipal corporation, and **STERLING PALM BEACH, LLC,**
Appellees.

No. 4D16-3385

[November 30, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502009CA035248XXXXMB.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Brian P. Patchen of Law Offices of Brian P. Patchen, P.A., Miami Lakes, for appellee Sterling Palm Beach, LLC.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***